BRONSON LAW OFFICES, P.C.
H. Bruce Bronson
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (Tel.)
888-908-6906 (Fax)
hbbronson@bronsonlaw.net

*Proposed Counsel to Debtor*
*and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:

      ROY L. ALBERS,

                    Debtor.
------------------------------------------------------x

Chapter 11

Case No.:25-22529 (SHL)

## DEBTOR'S DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                             ) ss.:
COUNTY OF WESTCHESTER  )

      I, ROY ALBERS, declare as follows:

1. I am an individual debtor and I submit this application in accordance with Local Bankruptcy Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

2. I filed a bankruptcy petition (the "**Petition**") under chapter 11 of the bankruptcy code on June 16, 2025.

3. My bankruptcy was precipitated by a foreclosure action against my residence at 11 Flanders Ln, Cortlandt Manor, NY 10567 ("**Residence**"). The foreclosure action was brought in the Supreme Court of Westchester County captioned *Manufacturers and Traders Trust Company also Known as M&T Bank successor by merger to Hudson*

*City Savings Bank, FSB, Plaintiff AGAINST Roy Albers a/k/a Roy Albers, Jr. a/k/a Roy L. Albers; Robyn Deutsch a/k/a Robyn E. Deutsch; et al., Defendant(s)*, index no. 64399/2018 (the "**Foreclosure Action**").

4. I own my Residence with my wife as Tenants by the Entirety and we live at the Residence with our family.

5. I was denied a loan modification even though I have significant income and therefore if I cannot obtain a modification in this chapter 11, I am going to propose a plan of reorganization that will pay my mortgage at the contract rate in accordance with the note and mortgage and repay the arrears over the balance of the term of the note and mortgage.

## BACKGROUND

6. I desire to utilize the chapter 11 bankruptcy process in order to restructure and reorganize my affairs and property. I intend to file a chapter 11 plan that will provide for repayment of the loan from the Secured Lender as follows: (a) payment at the contract rate estimated to be **$9,658.78** per month which includes taxes and insurance; (b) monthly payments over a number of years to repay the arrears to be paid from the Effective Date of a plan until February 2035, in equal monthly payments, estimated to be approximately $3,471.41 per month (the "**Arears Payment**"). The Arrears Payment will include interest on the arrears to the extent that the arears consist of principal, escrow or advances (no interest on interest).

7. The needs and interests of my creditors and myself will best be served by my continued possession of my Residence and management of my affairs as debtor-in-possession under chapter 11 until confirmation of a reorganization plan.

8.  I will begin to make the regular mortgage payments within 30 days of the filing of the
    bankruptcy. Upon confirmation I will make the full payment of approximately
    $13,130.19.

### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007

In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information
related to the Debtor, which is set forth below.

### Local Rule 1007-2(a)(1)

9.  I currently reside at 11 Flanders Ln, Cortlandt Manor, NY 10567, with my wife and
    our children. The circumstances leading to my filing of bankruptcy were related to
    loss of income several years ago which I have now recovered from.

### Local Rule 1007-2(a)(2)

10. This case was not commenced under any other chapter of the bankruptcy code.

### Local Rule 1007-2(a)(3)

11. No formal or informal committees of creditors or other interest holders has been
    organized prior to the order for relief in this Chapter 11 case.

### Local Rule 1007-(2)(a)(4)

12. The names and addresses of the twenty (20) largest unsecured creditors excluding
    those creditors who (i) would not be entitled to vote at a creditors' meeting under 11
    U.S.C Section 702; (ii) such creditors who were employees of the Debtor at the time
    of the filing of the petition for reorganization; and (iii) creditors who are insiders as
    that term is defined in 11 U.S.C. Section 101(31) are annexed hereto as **Exhibit "A"**.

3

**Local Rule 1007-(2)(a)(5)**

13.  A list of the names and addresses of the five largest **secured** creditors is annexed

hereto as **Exhibit "B".**

**Local Rule 1007-(2)(a)(6)**

14. As required by Local Bankruptcy Rule 1007-2(a) (6), a summary of assets and

liabilities is as set forth on **Exhibit "C"** attached hereto.

**Local Rule 1007-(2)(a)(7)**

15. Being an individual, there are no publicly held securities.

**Local Rule 1007-(2)(a)(8)**

16. None of my property is in the possession or custody of any custodian, public officer,

mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such

entity.

**Local Rule 1007-(2)(a)(9)**

17. This provision does not apply to me.

**Local Rule 1007-(2)(a)(10)**

18. My assets are primarily located at my Residence 11 Flanders Ln, Cortlandt Manor,

New York 10567.

**Local Rule 1007-(2)(a)(11)**

19. There is one pending action against me which is a foreclosure action which is set

forth above.

**Local Rule 1007-(2)(a)(12)**

4

20. As I am an individual there are no individuals comprising senior management.

**Local Rule 1007-(2)(b)(1) and (2)**

21. There is no monthly payroll.

**Local Rule 1007-(2)(b)(3)**

22. The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is as set forth in **Schedules I and J** of my petition which is attached hereto as **<u>Exhibit "D".</u>**

Pursuant to 28 U.S.C section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

**Dated: June 13, 2025**

*Roy L. Albers*
Roy L. Albers

# EXHIBIT A

List of Unsecured Creditors

As set forth in the petition schedule E/F which is attached.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Roy L. Albers | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.

|  | | | Unsecured claim |
|---|---|---|---|
| **1** | Daniel Williams<br>410 Trump Park<br>Shrub Oak, NY 10588-1212 | What is the nature of the claim?   Loan | $7,500.00 |
| | | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply | |
| | | **Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>     Value of security:            -<br>     Unsecured claim | |
| | Contact<br>Contact phone | | |
| **2** | MOHELA<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | What is the nature of the claim? | $15,000.00 |
| | | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply | |
| | | **Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>     Value of security:            -<br>     Unsecured claim | |
| | Contact<br>Contact phone | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

25-22529-shl    Doc 1    Filed 06/16/25    Entered 06/16/25 15:25:10    Main Document
Pg 9 of 42

Debtor 1    Roy L. Albers _____    Case number *(if known)* _____

---

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Roy L. Albers _____    X  _____
Roy L. Albers                                        Signature of Debtor 2
Signature of Debtor 1


Date    June 16, 2025 _____    Date    _____


B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2025 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

# EXHIBIT B

List of Five Largest Secured Creditors

See attached **Exhibit D**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Roy L. Albers | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1**  Bank of America<br>Creditor's Name | **Describe the property that secures the claim:**<br>11 Flanders Ln , Cortlandt Manor, NY 10567-7030<br>Westchester County | $959,605.00 | $1,254,529.00 | $0.00 |
| | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | | |
| PO Box 31785<br>Tampa, FL 33631-3785<br>Number, Street, City, State & Zip Code | **Nature of lien.** Check all that apply.<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) | | | |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | | | | |

Date debt was incurred _____          Last 4 digits of account number   4048

Add the dollar value of your entries in Column A on this page. Write that number here:          $959,605.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:          $959,605.00

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | | |
|---|---|---|
| [ ] | **Name, Number, Street, City, State & Zip Code**<br>Bank of America<br>4909 Savarese Circle<br>Tampa, FL 33634 | On which line in Part 1 did you enter the creditor?  2.1<br><br>Last 4 digits of account number __ |
| [ ] | **Name, Number, Street, City, State & Zip Code**<br>New Rez LLC d/b/a Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603 | On which line in Part 1 did you enter the creditor?  2.1<br><br>Last 4 digits of account number  4681 |

# EXHIBIT C

**Summary of Assets and Liabilities**

# EXHIBIT C

## Summary of Assets and Liabilities

| Roy L. Albers | | 6/16/2025 |
|---|---|---|
| 25-22529 | | |
| **Assets** | | |
| Real Property | | |
| | $ | 627,274.00 |
| Personal Property | | |
| | $ | 146,505.00 |
| | **$** | **773,779.00** |
| **Liabilities** | | |
| Secured (1/2) | $ | 479,802.00 |
| Unsecured | $ | 22,500.00 |
| | **$** | **502,302.00** |
| Net | **$** | **271,477.00** |

# EXHIBIT D

See attached exhibits I and J from the Debtor's petition.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Roy L. Albers |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | | Management | Retired (receives pension) |
| Employer's name | | Worthy Inc. | |
| Employer's address | | 25 W 11th Street<br>New York, NY 10036-4602 | |
| How long employed there? | | 5 Year(s) 0 Month(s) | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 18,332.17 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 18,332.17 | $ 0.00 |

Debtor 1  **Roy L. Albers**                                    Case number *(if known)* _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................ | 4. | $ 18,332.17 | $ 0.00 |

**5.** **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 5,637.67 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 2,565.33 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 216.67 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 578.50 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ 8,998.17  $ 0.00

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 9,334.00  $ 0.00

**8.** **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 9,698.88 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

**9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $ 0.00  $ 9,698.88

**10.** **Calculate monthly income.** Add line 7 + line 9.  10.  $ 9,334.00 + $ 9,698.88 = $ 19,032.88
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  11.  +$ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies  12.  $ 19,032.88

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☒  No.
☐  Yes. Explain: _____

---

Official Form 106I                          **Schedule I: Your Income**                          page 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 _Roy L. Albers_ | Check if this is:<br>☐ An amended filing<br>☐ A supplement showing postpetition chapter 13 expenses as of the following date: |
| Debtor 2 _____<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF NEW YORK_ | _____<br>MM / DD / YYYY |
| Case number _____<br>(if known) | |

## Official Form 106J
## Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**
    ☒ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No
    Do not list Debtor 1 and    ☒ Yes.    Fill out this information for
    Debtor 2.                               each dependent.............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | son | 23 | ☐ No  ☒ Yes |
| | Daughter | 23 | ☐ No  ☒ Yes |
| | Daughter | 19 | ☐ No  ☒ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include**    ☒ No
    **expenses of people other than**    ☐ Yes
    **yourself and your dependents?**

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 9,658.78 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |
| 6. | Utilities: | |
| 6a. | Electricity, heat, natural gas | 6a. $ 500.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 150.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 500.00 |
| 6d. | Other. Specify: _____ | 6d. $ 0.00 |

Official Form 106J                          Schedule J: Your Expenses                          page 1

Debtor 1    Roy L. Albers                                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 350.00 |
| 10. | **Personal care products and services** | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 425.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 30.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 760.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 1,774.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 700.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 330.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    Pet expenses | 21. +$ | 100.00 |

22. **Calculate your monthly expenses**

    22a. Add lines 4 through 21.               $    16,977.78

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $

    22c. Add line 22a and 22b.  The result is your monthly expenses.    $    16,977.78

23. **Calculate your monthly net income.**

    23a. Copy line 12 *(your combined monthly income)* from Schedule I.    23a. $    19,032.88

    23b. Copy your monthly expenses from line 22c above.    23b. -$    16,977.78

    23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*    23c. $    2,055.10

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    | Explain here: |