WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York  10004
Tel. (212) 510-0500
By:    Mark Bruh, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                                          :        Chapter 11
                                                                                   :
ROY L. ALBERS,                                                       :
                                                                                   :        Case No: 25-22529 (SHL)
                                                                                   :
                                                    Debtor.          :
------------------------------------------------------------ X

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned case scheduled for **July 17, 2025 at 1:00 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:
On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:  **866-453-3473**, and
when prompted enter the Participant Code: **7003984**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after the meeting is concluded.  Thank you for your anticipated cooperation in this regard.

Dated: New York, New York
           June 18, 2025

                                                                                    WILLIAM K. HARRINGTON
                                                                                    UNITED STATES TRUSTEE

                                                            By:    */s/ Mark Bruh*
                                                                       Mark Bruh
                                                                       Trial Attorney