# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>ROY L ALBERS | CASE NO: 25-22529<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 16 |

On 7/21/2025, I did cause a copy of the following documents, described below,

Notice, Application, Affirmation and Proposed Order to Employ Bronson Law Offices as Bankruptcy Counsel ECF Docket Reference No. 16

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/21/2025

/s/ H. Bruce Bronson
H. Bruce Bronson


Bronson Law Offices, PC
Harrison, NY  10528
877 385 7793
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>ROY L ALBERS | CASE NO: 25-22529<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 16 |

On 7/21/2025, a copy of the following documents, described below,

Notice, Application, Affirmation and Proposed Order to Employ Bronson Law Offices as Bankruptcy Counsel ECF Docket Reference No. 16

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/21/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. Bruce Bronson

Bronson Law Offices, PC
Harrison, NY  10528

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-22529<br>SOUTHERN DISTRICT OF NEW YORK<br>FRI JUL 18 14-53-6 PST 2025 | ~~(U)MANUFACTURERS AND TRADERS TRUST COMPANY ALSO~~ | ~~WHITE PLAINS DIVISION~~<br>~~300 QUARROPAS STREET~~<br>~~WHITE PLAINS  NY 10601-4140~~ |
| BANK OF AMERICA<br>4909 SAVARESE CIRCLE<br>TAMPA  FL 33634-2413 | BANK OF AMERICA<br>PO BOX 31785<br>TAMPA  FL 33631-3785 | DANIEL WILLIAMS<br>410 TRUMP PARK<br>SHRUB OAK  NY 10588-1212 |
| MANUFACTURERS AND TRADERS TRUST COMPANY<br>CO ALDRIDGE PITE  LLP<br>3333 CAMINO DEL RIO SOUTH  SUITE 225<br>SAN DIEGO  CA 92108-3808 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | NEW REZ LLC DBA SHELLPOINT MORTGAGE<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE  NY<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN  ROOM 534<br>NEW YORK  NY 10004-1459 | H BRUCE BRONSON JR<br>BRONSON LAW OFFICES  PC<br>480 MAMARONECK AVENUE<br>HARRISON  NY 10528-1621 | DEBTOR<br>ROY L ALBERS<br>11 FLANDERS LN<br>CORTLANDT MANOR  NY 10567-7030 |