BRONSON LAW OFFICES, P.C.  
H. Bruce Bronson  
*Proposed Counsel for the Debtor*  
*and Debtor-in-Possession*  
480 Mamaroneck Ave.  
Harrison, NY 10528  
914-269-2530 (tel.)  
888-908-6906 (fax)  
hbbronson@bronsonlaw.net  

Presentment Date: August 18, 2025  
Presentment Time: 12:00 P.M. (Eastern)  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x  
In re:

    Roy L. Albers,

                    Debtor.  
------------------------------------------------------------x

Chapter 11

Case No.: 25-22529 (SHL)

**NOTICE OF PRESENTMENT OF ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM FOR ROY L. ALBERS, AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF AND OPPORTUNITY FOR HEARING**

PLEASE TAKE NOTICE that upon the annexed application of Roy L. Albers, the undersigned will present the attached proposed order to the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, for signature on **August 18, 2025, at 12:00 noon (Eastern).**

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least seven days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The

moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: Harrison, NY
July 29, 2025

**BRONSON LAW OFFICES, P.C.**

*/s/H. Bruce Bronson*
H. Bruce Bronson, Esq.