# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>  ROY ALBERS | CASE NO: 25-22529<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 29 |

On 9/10/2025, I did cause a copy of the following documents, described below,

Notice on Deadline Requiring Filing of Proofs of Claim On or Before October 14, 2025 ECF Docket Reference No. 29

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/10/2025

                /s/ Bruce Bronson
                Bruce Bronson  1679380

                Bronson Law Offices
                480 Mamaroneck Ave
                Harrison, NY  10528
                877 385 7793
                hbbronson@bronsonlaw.net

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>ROY ALBERS | CASE NO: 25-22529<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 29 |

On 9/10/2025, a copy of the following documents, described below,

Notice on Deadline Requiring Filing of Proofs of Claim On or Before October 14, 2025 ECF Docket Reference No. 29

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bruce Bronson
Bronson Law Offices
480 Mamaroneck Ave
Harrison, NY  10528

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-22529<br>SOUTHERN DISTRICT OF NEW YORK<br>WED SEP 10 8-7-27 PST 2025 | ~~(U)MANUFACTURERS AND TRADERS TRUST COMPANY ALSO~~ | ~~WHITE PLAINS DIVISION~~<br>~~300 QUARROPAS STREET~~<br>~~WHITE PLAINS NY 10601-4140~~ |

BANK OF AMERICA
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

BANK OF AMERICA
PO BOX 31785
TAMPA FL 33631-3785

DANIEL WILLIAMS
410 TRUMP PARK
SHRUB OAK NY 10588-1212

MANUFACTURERS AND TRADERS TRUST COMPANY
CO ALDRIDGE PITE LLP
3333 CAMINO DEL RIO SOUTH SUITE 225
SAN DIEGO CA 92108-3808

MANUFACTURERS AND TRADERS TRUST COMPANY
CO NEWREZ LLC DBA SHELLPOINT MORTGAGE
PO BOX 10826
GREENVILLE SC 29603-0826

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NEW REZ LLC DBA SHELLPOINT MORTGAGE
PO BOX 10826
GREENVILLE SC 29603-0826

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE NY
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN ROOM 534
NEW YORK NY 10004-1459

H BRUCE BRONSON JR
BRONSON LAW OFFICES PC
480 MAMARONECK AVENUE
HARRISON NY 10528-1621

DEBTOR
ROY L ALBERS
11 FLANDERS LN
CORTLANDT MANOR NY 10567-7030